___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

DEC - 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIA MARCELA GUZMAN-CEBALLOS, ) <br> ) <br> Defendant. ) <br> ) | 2:14-CR-00183-KJD-PAL <br><br> ORDER |

Before this Court for review is defense counsel's Sealed Ex Parte Motion to Withdraw and Appointment of New Counsel (doc. 15). The court having read and reviewed the motion and good cause appearing, it is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that Mace J. Yampolsky, Esq. is appointed as counsel for Maria Marcela Guzman-Ceballos in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Yampolsky forthwith.

DATED this ___ day of December 2015.
Nunc Pro Tunc: December 2, 2015.

_____
UNITED STATES MAGISTRATE JUDGE