MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:14-cr-0183-KJD-PAL |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **CONDITIONS OF PRETRIAL** |
| vs. | ) | **RELEASE AND SUPERVISION** |
| | ) | |
| MARIA MARCELA GUZMAN-CEBALLOS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Brandon Jaroch, Assistant United States Attorney, and Mace Yampolsky, Esq., counsel for Defendant Maria Marcela Guzman-Ceballos, that:

1. Defendant Maria Marcela Guzman-Ceballos be removed from location monitoring.

2. Pre-Trial Services Officer Kamu Kapanui has no objection of the above-specified modification under the proposed stipulated terms.

////

////

////

////

3. Defendant Maria Marcela Guzman-Ceballos will continue to be subject to all other provisions of her pre-trial release.

Dated this 2nd day of May, 2016.

| MACE J. YAMPOLSKY, LTD. | OFFICE OF THE UNITED STATES ATTORNEY |
|---|---|
| /s/ Mace J. Yampolsky, Esq. | /s/ Brandon Jaroch, Esq. |
| MACE J. YAMPOLSKY, ESQ. | BRANDON JAROCH, ESQ. |
| Attorney for Defendant | Attorney for Plaintiff |

1  MACE J. YAMPOLSKY, LTD.
2  MACE J. YAMPOLSKY, ESQ.
   Nevada Bar No.: 001945
3  625 S. Sixth Street
   Las Vegas, Nevada 89101
4  (702) 385-9777;  Fax No. (702) 385-3001
   *Attorney for Defendant*

5
                    **UNITED STATES DISTRICT COURT**
6
                         **DISTRICT OF NEVADA**
7
   UNITED STATES OF AMERICA          )      Case No.: 2:14-cr-0183-KJD-PAL
8                                    )
                  Plaintiff,         )
9                                    )
   vs.                               )
10                                   )
                                     )
11 MARIA MARCELA GUZMAN-              )
   CEBALLOS,                         )
12                                   )
                  Defendants.        )
13 _____ )

14                              **ORDER**

15     **IT IS THEREFORE ORDERED** that:

16     1.   Defendant Maria Marcela Guzman-Ceballos be removed from location
17          monitoring.
18     2.   Pre-Trial Services Officer Kamu Kapanui has no objection of the above-specified
19          modification under the proposed stipulated terms.
20
   ////
21
   ////
22
   ////
23
   ////
24
   ////
25

                                     - 3 -

3. Defendant Maria Marcela Guzman-Ceballos shall continue to be subject to all other provisions of her pre-trial release.

                                          U.S. MAGISTRATE JUDGE

Dated this 3rd of May, 2016.