MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:14-cr-183-KJD-PAL |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **CONDITIONS OF PRETRIAL** |
| ) | **RELEASE AND SUPERVISION** |
| vs. ) | |
| ) | |
| MARIA GUZMAN-CABALLOS, et al, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Brandon C. Jaroch, Assistant United States Attorney, and Defendant MARIA GUZMAN-CABALLOS , by and through her counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MARIA GUZMAN-CABALLOS' conditions of pre-trial release and supervision shall be modified so that she may travel on July 28, 2017 to Ganado, Texas by airplane to visit her daughter Natalie Aguilar and returning to Las Vegas on July 31, 2017. The reason for the travel is to visit her daughter for the anniversary of the death of her grandchild, Ms. Aguilar becomes very ill around this time and Defendant would like to be there for emotional support.

2. Defendant has spoken to her pre-trial release officer who has no objection to this trip.

3. Defendant MARIA GUZMAN-CABALLOS will continue to be subject to any and all prohibition(s) pertaining to his use of internet and email and in all other respects.

DATED this 11th day of July, 2017.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Brandon C. Jaroch | /s/ Mace J. Yampolsky, Esq. |
| Brandon C. Jaroch | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | 625 South Sixth Street |
| 333 Las Vegas Blvd., S., No. 5000 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89101 | **Counsel for Defendant:** |
| **Counsel for Plaintiff:** | Maria Guzman-Ceballos |
| United States of America | |

## **ORDER**

IT IS THEREFORE ORDERED that:

1. Defendant MARIA GUZMAN-CABALLOS' conditions of pre-trial release and supervision shall be modified so that she may travel on July 28, 2017 to Ganado, Texas by airplane to visit her daughter Natalie Aguilar and returning to Las Vegas on July 31, 2017. The reason for the travel is to visit her daughter for the anniversary of the death of her grandchild, Ms. Aguilar becomes very ill around this time and Defendant would like to be there for emotional support.

2. Defendant has spoken to her pre-trial release officer who has no objection to this trip.

3. Defendant MARIA GUZMAN-CABALLOS will continue to be subject to any and all prohibition(s) pertaining to his use of internet and email and in all other respects.

DATED this 12th day of July, 2017.

_____
United States Magistrate Judge