UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA MARICELA GUZMAN-CEBALLOS,<br><br>Defendant. | 2:14-cr-183-KJD-(PAL)<br><br><br><br>ORDER |

Based upon the government's request for an extension of time (#73) to file a response to Guzman-Ceballos's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, and good cause appearing the motion for extension of time is **GRANTED**,

**IT IS HEREBY ORDERED** that the government's deadline for responding to Guzman-Ceballos's § 2255 motion is extended 45 days and shall be filed on or before October 19, 2020.

DATED this  15TH  day of October, 2020

_____
UNITED STATES DISTRICT JUDGE