# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00183-KJD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| MARIA MARCELA GUZMAN-CEBALLOS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Compassionate Release Supplement deadline currently scheduled for Tuesday, December 22, 2020, be vacated and continued to January 19, 2021 at the hour of 4 : 00 p.m.; or to a time and date convenient to the court.

IT IS FURTHER ORDERED that the Government's Response to the Supplement for Compassionate Release be fourteen (14) days after the filing of Defendant's Motion.

DATED this 28th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE